**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-10120 |
| Plaintiff - Appellee, | D.C. No. 4:09-cr-00734-CKJ |
| v. | |
| JACK MARTIN VOSE, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Cindy K. Jorgenson, District Judge, Presiding

Submitted December 9, 2015[**]

Before:     WALLACE, RAWLINSON, and IKUTA, Circuit Judges.

Jack Martin Vose appeals pro se from the district court's order denying his

motion for a sentence reduction under 18 U.S.C. § 3582(c)(2).  We have

jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Vose contends that he is entitled to a sentence reduction under Amendment 782 to the Sentencing Guidelines. We review de novo whether a district court had authority to modify a sentence under section 3582(c)(2). *See United States v. Paulk*, 569 F.3d 1094, 1095 (9th Cir. 2009) (per curiam). Vose is not entitled to a sentence reduction because his sentence was not "based on a sentencing range that has subsequently been lowered by the Sentencing Commission." 18 U.S.C. § 3582(c)(2). Rather, his sentence was based on the statutory mandatory minimum under 21 U.S.C. § 841(b)(1)(B)(vii). The district court properly denied relief.[1] *See Paulk*, 569 F.3d at 1095-96.

Vose's additional claims do not support relief under section 3582(c)(2). *See Dillon v. United States*, 560 U.S. 817, 826 (2010) (section 3582(c) does not permit a "plenary resentencing hearing").

**AFFIRMED.**

---

[1] Vose's contention that he was not subject to the enhanced mandatory minimum because the judgment does not cite 21 U.S.C. § 851(a) is unavailing. The mandatory minimum is set forth in 21 U.S.C. § 841(b)(1)(B)(vii).